Stuart D. Gavzy
163 East Main Street
Little Falls, New Jersey 07424
973-256-6080
Attorney for Debtor,
Vanessa Nwafor
(SG0543)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

In the Matter of                                   :        Case No.: 09-31219 JHW
                                                           :
VANESSA NWAFOR                          :        Chapter 7
                                                           :
                                                           :        **SUBSTITUTION OF ATTORNEY**
              Debtor(s)                            :

     The undersigned hereby consent to the substitution of Stuart D. Gavzy, Esq., 163 East Main Street, Little Falls, New Jersey, as attorney for the Debtor, Vanessa Nwafor, in the above-referenced proceeding.

/s/ Stuart D. Gavzy, Esq.                     /s/ Aurelia Mitchell Durant, Esq.
Stuart D. Gavzy                                    Aurelia Mitchell Durant
Superceding Attorney                         Withdrawing Attorney